**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JAMES P. WEAVER, JR.,          :   No. 475 WAL 2016

                  Respondent      :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

             v.                  :

                                :

AMY NEAL HUSS,                  :

                  Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.